UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SALESFORCE.COM, INC., <br><br> Defendant. | Case No. 20-cv-08461-RS <br><br> **ORDER RE COORDINATION OF CLAIM CONSTRUCTION PROCEEDINGS** |

This order is being issued in cases presently pending before the undersigned involving United States Patent Nos. 6,546,397; 7,594,168 ; 9,063,755; 9,471,287, and; 9,928,044, or a subset of those patents.[1] Within the next 20 days, the parties in all the cases shall meet and confer jointly to discuss procedures for coordinating claim construction proceedings in these cases.

Subject to input from the parties, the Court anticipates holding a single claim construction hearing for all the cases. The parties in *Express Mobile, Inc. v. Wix.com, Ltd.*, Case No. 19-cv-06559-RS, have already completed briefing in anticipation of a claim construction hearing that would address no more than 10 disputed terms, as contemplated by the Local Patent Rules. In view of the possibility that there may be at least some differences in accused technology that affect

---

[1] The one exception is *X.Commerce, Inc. (Magento) v. Express Mobile, Inc.*, Case No. 17-cv-2605- RS, which involves two of the patents. This order does not apply to that case because claims construction proceedings therein are complete.

the relative importance of certain claim terms among the separate actions, the Court may be open to construing a small number of additional terms in the contemplated joint hearing, if necessary.

The parties should attempt to negotiate a protocol and schedule for briefing. Again, if necessary, the Court may entertain limited briefing in individual cases that is specific to unique issues in those cases, but the expectation is that there will be one opening brief, one responsive brief, and one reply brief that applies to all the actions.[2]

All pending dates for initial Case Management Conferences are vacated. The parties shall jointly submit a statement responding to this order within the next 45 days. To ensure a complete record, the joint statement should be filed separately in each action. Although these actions have not been consolidated, for administrative convenience the joint statement, and any further documents that are filed in all of the cases, may be captioned as "In re Express Mobile Cases." The joint statement should include at least two alternate dates, falling on Wednesdays, that are acceptable to all parties for a joint claim construction hearing.

In all cases where no scheduling order has yet entered, the parties shall meet and confer and submit a proposed scheduling order for all events prior to claim construction briefing. Such proposed schedules need not be uniform across all cases, as long as they are all consistent with the protocol and schedule the parties will be proposing for the joint claim construction briefing and hearing.

Finally, in *Express Mobile, Inc. v. Dropbox, Inc.* 3:21-cv-01145-RS, plaintiff shall make all reasonable efforts to perfect service and to provide defense counsel with a copy of this order at the earliest opportunity, so that the case may be included in the joint proceedings. Any later-filed actions will be addressed as they may arise.

---

[2] The existing briefing in *Wix*, 19-cv-06559-RS, would be deemed superseded by the joint briefing.

1    **IT IS SO ORDERED**.

3    Dated: March 9, 2021

_____
RICHARD SEEBORG
Chief United States District Judge